**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GAIL R. CALLENDER, SR., AN
INDIVIDUAL AND WENDY A.
CALLENDER, HIS WIFE,

           Petitioners

          v.

BRIGHTON MACHINE COMPANY, INC.,
A CORPORATION,

          Respondent

          v.

DANIELI HOLDINGS, INC, A
CORPORATION AND ITS SUCCESSOR
CORPORATIONS AND/OR
SUCCESSOR IN INTEREST, DANIELI
CORPORATION, A CORPORATION
AND DANIELI CORPORATION, T/D/B/A
DANIELI WEAN UNITED AND DANIELI
SERVICE, AND/OR DANIELI
TECHNOLOGY, INC., A
CORPORATION, AND/OR DANIELI
WEAN INC., A CORPORATION, AND/OR
DANIELI UNITED, INC., A
CORPORATION, AND/OR WEAN
UNITED FOUNDRY PRODUCTS, INC., A
CORPORATION, AND/OR WEAN
UNITED, INC., AND/OR UNITED
ENGINEERING, INC., A
CORPORATION, AND/OR UNITED
ENGINEERING AND FOUNDRY CO., A
CORPORATION,

          Respondents

: No. 571 WAL 2014
:
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 29th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.